[No. 30634-8-III.   Division Three.   April 18, 2013.]

FRANCIS CLARK ET AL., *Appellants*, v. JR'S QUALITY CARS, INC.,
ET AL., *Defendants*, CAPITOL INDEMNITY CORPORATION,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-05059-3, Harold D. Clarke III, J., entered January 6, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30653-4-III.   Division Three.   April 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDY RAY CORDOVA,
*Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00600-1, Maryann C. Moreno, J., entered February 15, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 60522-4-I.   Division One.   April 22, 2013.]

*In the Matter of the Guardianship of* VALENTIN K.
MEDVEDEV.

ANDREI MEDVEDEV ET AL., *Appellants*, v. UNIVERSITY OF
WASHINGTON MEDICAL CENTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-4-05327-1, Glenna Hall, J., entered July 30, 2007. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 66478-6-I.   Division One.   April 22, 2013.]

*In the Matter of the Marriage of* ESSE M. WOLF, *Appellant*,
and DAVID L. WOLF, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-05449-9, Michael J. Fox, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.